# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In Re:                                                        Case No. 8:17-bk-06834-CPM

ROGER DALE BRUNNER and                                        Chapter 13 Case
MARY ANNE BRUNNER
     Debtors.
_____ /

## MOTION TO EMPLOY SPECIAL COUNSEL

    The Debtors, ROGER DALE BRUNNER and MARY ANNE BRUNNER, by and through their undersigned counsel, hereby file this Motion to Employ Special Counsel, and states:

1.    The Debtor filed for relief under Chapter 13 the United States Bankruptcy Code on August 2, 2017.

2.    The Debtor employed G. DONALD GOLDEN, ESQUIRE, as their bankruptcy counsel.

3.    The Debtors, ROGER DALE BRUNNER and MARY ANNE BRUNNER, suffered collections abuses by CLEARSPRINGS, BAYVIEW AND ALTA REO prior to the filing of their Chapter 13 case.

4.    The Debtors have hired THE GOLDEN LAW GROUP and DANN LAW to prosecute a civil case against the Defendants, CLEARSPRINGS, BAYVIEW AND ALTA REO, individually.  The lead attorney of the litigation is G. DONALD GOLDEN ESQUIRE, of THE GOLDEN LAW GROUP.

5.    The Debtors signed a contingency fee retainer agreement for attorney fees and costs.

6.    The undersigned counsel for the Debtors, G. Donald Golden, Esquire, believes that the special employment of this attorney would be in the best interest of Estate as the proceeds from the Debtors have pledged the proceeds from the claims to their Chapter 13 Plan.

**WHEREFORE**, the Debtors by and through their undersigned counsel move this Honorable Court to employ special counsel and pay them according to their fee retainer agreement.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing **Motion to Employ Special Counsel** has been provided to the following listed below; on this 14th day of February, 2018.

*Sent via first class U.S. mail, postage prepaid, or electronically, to:*
Jon M. Waage, Chapter 13 Trustee

Roger & Mary Anne Brunner, Debtors
3015 Gem Luster Court
Valrico, Florida, 33594

/s/ G. Donald Golden
G. DONALD GOLDEN, ESQUIRE
Florida Bar No. 0137080
E-Mail: don@brandonlawyer.com
KELLY C. BURKE, ESQUIRE
Florida Bar No. 0123506
E-Mail: kelly@brandonlawyer.com
THE GOLDEN LAW GROUP
808-A Oakfield Drive
Brandon, Florida  33511
Telephone:  (813) 413-8700
Facsimile:   (813) 413-8701
Attorneys for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In Re:                                              Case No. 8:17-bk-06834-CPM

ROGER DALE BRUNNER and                              Chapter 13 Case
MARY ANNE BRUNNER
        Debtor.
_____/

## AFFIDAVIT OF PROPOSED ATTORNEY

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

I, G. DONALD GOLDEN, of THE GOLDEN LAW GROUP, hereby state under oath:

1. That I am an attorney duly admitted to practice in the State of Florida.

2. That I maintain an office at 808 Oakfield Drive, Suite A, Brandon, Florida 33511.

3. The undersigned attorney represents the Debtors in their pending Chapter 13 bankruptcy case.

4. The Debtors also retained my firm to file FDCPA, FCCPA and TCPA claims.

5. I neither hold nor represent any interest adverse to the bankruptcy action.

6. My law firm neither holds nor represents any interests adverse to the bankruptcy estate.

G. DONALD GOLDEN

Date: Feb. 13, 2018

SWORN TO and SUBSCRIBED before me this 13th day of Feb , 2018, by G. DONALD GOLDEN, ESQUIRE, who is personally known to me and who did take an oath.

NOTARY PUBLIC, STATE OF FLORIDA



COURTNEY B. TINSLEY
MY COMMISSION # FF 979864
EXPIRES: August 2, 2020
Bonded Thru Notary Public Underwriters